■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REALITY WAY, Also Known as GODREALITY WAY, Appellant. [757 NYS2d 880] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered February 14, 2001, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly declined the defendant's

request for a jury charge on temporary and lawful possession, since "the evidence [was] utterly at odds with any claim of innocent possession" (*People v Williams,* 50 NY2d 1043, 1045 [1980]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Florio, J.P., H. Miller, Adams and Mastro, JJ., concur.